# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DEAN HAGLER,

      Plaintiff,

v.

42 HOTEL ATLANTA, LLC,
a Foreign Limited Liability Company,
d/b/a HAMPTON INN,

      Defendant.
_____/

CIVIL ACTION FILE NO.:
1:15-CV-02059-TWT

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Dean Hagler and Defendant 43 Hotel ATL, LLC d/b/a Hampton Inn, by and through undersigned counsel, hereby stipulate that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims are hereby dismissed with prejudice in their entirety, with each party to bear its own costs and fees.

DATED: September 24, 2015

*Signature page to follow*

MATTHEW N. POPE, P.C.

*/s/ Matthew N. Pope*
Matthew N. Pope
Georgia Bar No. 584216

842 SECOND AVENUE
P.O. BOX 2624
COLUMBUS, GEORGIA  31901
T: (706) 324-2521
F: (706) 324-0466
matt@mpopelaw.com

***ATTORNEYS FOR PLAINTIFF***

With Express Permission:

*/s/ Martin B. Heller*
Martin B. Heller
Georgia Bar No. 360538
Freeman Mathis & Gary, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia  30339-5948
T:  770.818.0000
F:  770.937.9960
mheller@fmglaw.com

***ATTORNEYS FOR DEFENDANT***

2

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the within and foregoing **STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Martin B. Heller
>FREEMAN MATHIS & GARY, LLP
>Attorney for the Defendant
>100 Galleria Parkway
>Suite 1600
>Atlanta, GA 30339

Dated: September 24, 2015

>MATTHEW N. POPE, P.C.
>
>*/s/ Matthew N. Pope*
>Matthew N. Pope
>Georgia Bar No. 584216
>
>842 SECOND AVENUE
>P.O. BOX 2624
>COLUMBUS, GEORGIA  31901
>(706) 324-2521 telephone
>(706) 324-0466 facsimile
>matt@mpopelaw.com